IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSÉ ORTIZ VARGAS<br>**Plaintiff**<br><br>v.<br><br>CRESCA CORPORATION<br>**Defendant** | **CIVIL NO.:** 22-1196 (PAD)<br><br>**RE:** Fair Debt Collection Practices Act |

**MOTION FOR ATTORNEYS' FEES**

**TO THE HONORABLE COURT:**

**COME NOW** Plaintiff and Class Representative **José Ortiz Vargas**, through his undersigned counsel, and respectfully state and pray:

## I. INTRODUCTION

1. Pursuant to Paragraph 13 of the Court's Order of Preliminary Approval of Class Action Settlement (Docket No. 121), Plaintiff files this Motion for Attorneys' Fees in connection with the proposed Class Action Settlement Agreement previously submitted to this Court (Docket No. 119).

2. The Settlement Agreement, funded entirely by Defendant's insurer, provides for a total payment of **$75,000.00** inclusive of all class member payments, the Class Representative service award, administrative costs, and attorneys' fees.

3. Plaintiff respectfully requests that the Court approve an award of attorneys' fees and costs in the amount of **$62,500**, **which is expressly capped** under the Agreement (Docket No. 119, §6; Docket No. 120, ¶22(d)) and subject to the Court's approval.

## II. LEGAL STANDARD AND APPLICATION TO THIS CASE

4. The Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692k(a)(3), provides that a prevailing plaintiff is entitled to "the costs of the action, together with a reasonable attorney's fee as determined by the court."

5. **Hours Expended.** Class Counsel devoted substantial time to this litigation since its filing in April 2022, including:

    1. Investigation and drafting of the complaint;
    2. Extensive discovery, including interrogatories, document review, and depositions; including multiple motions to compel discovery;
    3. Opposing Defendant's dispositive motions, including a successful partial summary judgment ruling;
    4. Negotiating the class settlement, drafting the Agreement and supporting documents (Notices, Claim Forms, Proposed Orders);
    5. Overseeing the notice and administration process with the Third-Party Administrator; and
    6. Preparing for and participating in hearings before this Court.

**HOURS EXPENDED CHART**

| | |
|---|---|
| . Jesus Batista Sánchez: | 18.25 hours x $300.00 = $5,475.00 |
| . William Rivera Vélez: | 16.4 hours x $250.00 = $4,100.00 |
| . Carlos Ortiz Morales: | 257 hours x $250.00 = $64,250.00 |
| **Total:** | **$73,825.00** |

Although the resulting total exceeds the amount of $62,500.00 agreed upon as attorneys' fees, the undersigned counsels hereby clarify and reaffirm their acceptance of the $62,500.00 stipulated in the Settlement Agreement as full and final payment for their professional services in the instant case.

6. **Reasonable Rates.** The hourly rates charged are consistent with prevailing market rates in Puerto Rico for attorneys of similar skill, experience, and reputation in complex consumer and class action litigation. Thus, the requested fee represents a reasonable compensation for the time expended and results achieved.

7. **Results Obtained.** The settlement provides meaningful cash relief to class members in the form of direct payments, as well as a $5,000 service award to the Class Representative, while also ensuring that no funds revert to Defendant. Counsel's work created this common benefit for the class.

8. **Absence of Objections.** To date, no class member has objected to the requested fees award, further supporting its fairness and reasonableness.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court:

1. Approve attorneys' fees and costs in the amount of **$62,500**;
2. Order payment of said fees from the Settlement Fund as agreed by the Parties; and
3. Grant such other relief as may be just and proper.

**CERTIFICATE OF SERVICE**: I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 26th day of August, 2025.

**THE BATISTA LAW GROUP, PSC**
P.O. Box 191059
San Juan, PR 00919
Tel: (787) 620-2856 / Fax: (787) 777-1589

/s/ Jesús E. Batista Sánchez
USDC-PR No. 227014
E-mail: jeb@batistasanchez.com

/s/ Carlos A. Ortiz Morales
USDC-PR No. 120402
E-mail: comlaw@gmail.com