IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JOSE ORTIZ VARGAS,** <br><br> **Plaintiff,** <br><br> v. <br><br> **CRESCA CORPORATION,** <br><br> **Defendant.** | **CIVIL NO. 22-1196 (PAD)** |

### JUDGMENT

In accordance with the Final Order of Approval issued today (Docket No. 131), the court hereby enters judgment pursuant to the Class Action Settlement Agreement (Docket No. 119), the terms of which are adopted and incorporated as part of this judgment. Accordingly, the case is hereby dismissed with prejudice.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 28th day of August, 2025.

<u>s/Pedro A. Delgado-Hernández</u>
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge